IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BETTENCOURT

     Petitioner,                       No. CIV S-08-01105 GEB GGH P

    vs.

D. K. SISTO, et al.

     Respondents.                ORDER

_____/

        On October 4, 2011, the Court of Appeals referred this matter to the district court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith."

        A review of this court's records reflects that, on July 1, 2008, petitioner paid the filing fee for this petition, and that this court never granted petitioner in forma pauperis status.

        This court is therefore not able to determine whether in forma pauperis status should continue, or whether the appeal is frivolous or taken in bad faith pursuant to 28 U.S.C. § 1915(a)(3), and accordingly declines to rule on the referral.

////

////

////

1

1 | The Clerk shall serve this order on the Court of Appeals for the Ninth Circuit,
2 | Appeal No. 11-17325.
3 | DATED: October 6, 2011
4 |         /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:rb
bett1105.referral